1593

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Jacqueline P. Cox | Hearing Date | 1/6/20 |
| Bankruptcy Case No. | 19-33041 | Adversary No. | |

Title of Case: In re: Lori Frazier

Brief Statement of Motion: Motion to Extend Automatic Stay

Names and Addresses of moving counsel:
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL 60090

Representing: DEBTOR(S)

## ORDER

The automatic stay is extended as to all creditors pursuant to §362(c)(3) until JAN. 27 2020 AT 10:30 AM

*/s/ Jacqueline P. Cox*   J. Cox

6/11/99